## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

ROME KENDRICK JR.,                     )
     Plaintiff,                             )
                                            )
v.                                     )           No. 2:21-cv-02699-SHL-cgc
                                            )
AMAZON,                                )
                                            )
     Defendant.                             )

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge Charmiane G. Claxton's Report and

Recommendation ("Report"), recommending that the Court grant Defendant Amazon's Motion

for Judgment on the Pleadings.  (ECF No. 47.)

A  magistrate judge may submit to a judge of the court proposed findings of fact and

recommendations to set aside an entry of default. 28 U.S.C. § 636(b)(1)(B).  "Within 14 days

after being served with a copy of the recommended disposition, a party may serve and file

specific written objections to the proposed findings and recommendations."  Fed. R. Civ. P.

72(b)(2); see also 28 U.S.C. § 636(b)(1) (2017).  A district court reviews de novo only those

proposed findings of fact or conclusions of law to which a party specifically objects.

§ 636(b)(1); Fed. R. Civ. P. 72(b)(3).

The Report recommends dismissing with prejudice Plaintiff Rome Kendrick Jr.'s Title

VII discrimination and retaliation claims, finding that he failed to exhaust his administrative

remedies.[1]  (ECF No. 47 at PageID 225.)  On July 10, 2023, Plaintiff filed a Response to the

---

[1] Defendant's Motion did not request judgment on the pleadings as to Plaintiff's ADA claim.  (See ECF No. 47 at PageID 221, n. 4.)  Thus, this claim will proceed.

Report, stating that he "accepts the Report and Recommendation given by the Court." (ECF No. 49 at PageID 227.) As Plaintiff states no objections, the Court reviews the Report for clear error and finds none. Therefore, the Court **ADOPTS** the Report and **GRANTS** Defendant's Motion for Judgment on the Pleadings as to the Title VII discrimination and retaliation claims.

   **IT IS SO ORDERED,** this 8th day of August, 2023.

         s/ Sheryl H. Lipman      
         SHERYL H. LIPMAN
         CHIEF UNITED STATES DISTRICT JUDGE