# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ROME KENDRICK, JR., | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   No. 2:21-cv-02699-SHL-cgc |
| | ) |
| AMAZON, | ) |
|    Defendant. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on pro se Plaintiff's Complaint (ECF No. 1), filed November 5, 2021,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Court's Order Adopting Report and Recommendation and Granting Defendant's Motion to Dismiss (ECF No. 76), filed February 15, 2024, all claims by Plaintiff against Defendant in this matter are hereby **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

February 15, 2024
Date